```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LOUIS TAFUTO,

                Plaintiff,

        -v-                                              No.  16 CV 8648-LTS

DONALD J. TRUMP FOR PRESIDENT
INC., et al.,

                Defendants.

-------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  11-18-2016

### Order Denying Temporary Restraining Order

Plaintiff Louis Tafuto, pro se, filed an application for an Order to Show Cause (docket entry nos. 3 ("OSC App.") and 4 (Affirmation in Support)) on November 7, 2016, one day before Election Day. Plaintiff's Complaint and application for an Order to Show Cause name five defendants: Donald J. Trump, Michael R. Pence, Reinhold ("Reince") Priebus, Donald J. Trump for President, Inc. (the "Campaign"), and the Republican National Committee (the "RNC") (collectively, "Defendants"). In the application for an Order to Show Cause, Plaintiff seeks a restraining order against the Defendants enjoining them from "making false claims about rigged elections and widespread voter fraud," "making assertions that [Trump] will not accept the results of the election," "inciting violence," and "inciting insurrection on or about Election day and beyond." (OSC App. ¶¶ 25-28.) The election having concluded, and Plaintiff having proffered no evidence of the alleged conduct he seeks to restrain, the application for a temporary restraining order is moot.

Accordingly, Plaintiff's application for a temporary restraining order and/or an order to show cause is denied. This Order resolves docket entry no. 3.

SO ORDERED.

Dated: New York, New York
November 18, 2016

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:

Louis Tafuto
7 Wilder Drive
Warwick, NY 10990